UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/19

FRANCINE LEINHARDT,

        Plaintiff,

v.

MILOS, INC. (D/B/A ESTIATOIRO MILOS) and
COSTAS SPILIADIS, jointly and severally,

        Defendants.

Index No.: 1:19-cv-07591-JSR

**PROPOSED ORDER**

WHEREAS, the Parties have agreed to a settlement in principle, and are in the process of reducing their agreement to writing; and

WHEREAS, the Parties require additional time to finalize their settlement papers;

**IT IS HEREBY ORDERED THAT:** The above-entitled action is hereby dismissed, with prejudice. However, the Parties reserve the right to request that the Court re-open the matter within 45 days of this Order if the settlement is not effectuated by that date.

SO ORDERED.

_____
THE HONORABLE JED S. RAKOFF, U.S.D.J.

Dated: _____12/9_____, 2019